# Exhibit 2



# GARBARINI FITZGERALD P.C.

250 Park Avenue
7th Floor
New York, New York 10177
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

November 13, 2020

**NOTICE OF LITIGATION
DEMAND TO CEASE AND DESIST
DEMAND TO PRESERVE DOCUMENTS**

VIA EMAIL To*:* jblewis@ridgefieldventures.com
and FIRST-CLASS MAIL

Jeffrey Lewis
Ridgefield Ventures, LLC
249 Nod Rd.
Ridgefield, CT 06877

      Re:    Simon J. Burchett Photography, Inc. adv. Ridgefield Ventures, LLC ("RIDGEFIELD")

Mr. Lewis:

    I represent Simon J. Burchett Photography, Inc. the beneficial owner of the below award-winning copyrighted image titled "_L4A0298" of the containership the Estelle Maersk, U.S. Copyright Registration No. VAu 1-254-330 (the "Copyrighted Image").



RIDGEFIELD, without a license or authority, copied, edited, and publicly displayed the Copyrighted Image on its website at <http://ridgefieldventures.com/>. The Copyrighted Image was used by RIDGEFIELD as a branding tool for its logistic service. RIDGEFIELD's cropping and editing the image made it almost impossible to locate. My client discovered RIDGEFIELD's unlicensed exploitation of the Copyrighted Image on November 13, 2020 with the help of new technology

**SCREENSHOT OF RIDGEFIELD'S INFRINGING USE**



RIDGEFIELD's unlicensed exploitation of the Copyrighted Image is a clear infringement of my client's exclusive rights pursuant to the Copyright Act § 106. Further, RIDGEFIELD's failure to obtain a license, and cropping of the Copyrighted Image demonstrates its reckless disregard for my client's rights, entitling my client to enhanced statutory damages pursuant to 17

U.S.C. § 504(c)(2).  RIDGEFIELD's failure to include any attribution and removal of the copyright management information are separate violations of the DMCA, 17 U.S.C.§ 1202, entitling my client to up to $25,000 per violation plus attorneys' fees, pre-judgment interest, and costs.

If RIDGEFIELD is interested in a pre-litigation resolution contact me by 3:00 pm on November 17, 2020.  Provided you contact prior to that date and time, no action will be taken.  In the event you fail to contact me, we will have no choice but to file against RIDGEFIELD in the Federal Court for the Southern District of New York.

I can be reached at rgarbarini@garbarinilaw.com or at 212.300.5358.  In the interim, RIDGEFIELD is required to preserve all documents including web pages, in their original condition, or face a possible spoliation charge at the trial of this action.

GARBARINI FITZGERALD P.C.

By: _____
Richard M. Garbarini